NOT FOR PUBLICATION                                                                                           CLOSED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DERRICK ALLEN, | : |
| | : Hon. Stanley R. Chesler, U.S.D.J. |
| | : Civ. A. No. 08-CV-5354 |
| Plaintiff, | : |
| | : **ORDER** |
| v. | : |
| UNION COUNTY COUNSEL, *et al.* | : |
| Defendants. | : |

**CHESLER, District Judge**

This matter comes before the Court upon the motion for summary judgment filed by Defendants [docket item #41]. Plaintiff has opposed this motion [docket item #43]. The Court, having considered the papers submitted, and for the reasons set forth in the accompanying Opinion;

**IT IS** on this 11th day of August, 2010,

**ORDERED** the motion for summary judgment filed by Defendants [docket item #41] be and hereby is **GRANTED**; and it is further

**ORDERED** that this case is **CLOSED.**

                                                s/ Stanley R. Chesler
                                            Stanley R. Chesler, U.S.D.J.